IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-83-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIS SARVIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's unopposed motion by defendant's new counsel to re-open the time to file pretrial motions so that he may file a motion to suppress. For good cause shown, the motion is granted. All pre-trial motions must now be filed no later than September 17, 2012, and any response must be filed not later than September 26, 2012.

The court finds that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This 7 day of September 2012.

JAMES C. DEVER III
Chief United States District Judge