# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## CHIEF UNITED STATES DISTRICT JUDGE PRESIDING

## JURY SELECTION AND COMMENCEMENT OF JURY TRIAL
## MONDAY, JANUARY 14, 2013 AT 10:00 A.M.

Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar

| NAME | | FILE NO. |
|---|---|---|
| **SARVIS**, Willis | (Custody) | 7:11-CR-83-1-D |
| AUSA: Charity L. Wilson | | |
| ATTY: Robert Edward Nunley | | |

END OF CALENDAR