UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
___SOUTHERN___ DIVISION

CASE NUMBER: ___7:11-CR-83-1-D___

UNITED STATES OF AMERICA

VS.                                              **ORDER**

___WILLIS SARVIS___

    IT IS HEREBY ORDERED that the following Government Exhibits be returned to ___Agent Edwin Eubanks___ and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 95 | Romarm/Cugir 7.62 caliber rifle |
| 101, 102 | Small bag of controlled substance |

THIS ___15th___ DAY OF ___January___, 2013

AGENT ___E. L. Eubanks___

___/s/ James Dever___
JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE