IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-83-D-1

FILED IN OPEN COURT
ON 1/16/2013
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **VERDICT FORM** |
| ) | |
| WILLIS SARVIS, ) | |
| ) | |
| Defendant. ) | |

COUNT ONE

On count one of the indictment, which alleges that on or about March 17, 2011, the defendant, WILLIS SARVIS, did knowingly and intentionally distribute a quantity of phencyclidine, we, the Jury, unanimously find the defendant, WILLIS SARVIS:

\_\_\_\_ Not Guilty

**X** Guilty

If you find the defendant Not Guilty on count one, do not reach a verdict on count two. Instead, have your foreperson sign and date the verdict form.

COUNT TWO

On count two of the indictment, which alleges that on or about March 17, 2011, the defendant, WILLIS SARVIS, did knowingly and intentionally use and carry a firearm during and in relation to a drug trafficking offense, as set forth in count one of the indictment, and did possess said firearm in furtherance of said drug trafficking crime, we, the Jury, unanimously find the defendant, WILLIS SARVIS:

\_\_\_\_ Not Guilty

**X** Guilty

So say we all, this 16th day of January 2013.

_____
Signature of Foreperson

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.