# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## CHIEF UNITED STATES DISTRICT JUDGE PRESIDING

The **POLICY** for filing a **MOTION TO CONTINUE ANY HEARING** must be filed by noon on the Wednesday preceding the court term beginning on Monday - per Judge James C. Dever III. Motions to continue filed after the Wednesday noon deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

## CRIMINAL SESSION COMMENCING ON
## TUESDAY, AUGUST 20, 2013 AT 10:00 A.M.

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar**

**TUESDAY, AUGUST 20, 2013 AT 10:00 A.M.**
**JURY SELECTION AND TRIAL**

| NAME | | FILE NO. |
|---|---|---|
| **MCLAUGHLIN,** Jessie (Bond) | | 2:12-CR-29-1-D |

    AUSA: Timothy M. Severo
    ATTY: Thomas S. Hicks

**MONDAY, AUGUST 26, 2013 AT 9:00 A.M.**
**ARRAIGNMENTS**

| NAME | | PAGE | FILE NO. |
|---|---|---|---|
| **AREYANES,** Luis Bernal (Custody) | | 1 | 5:13-CR-149-2-D |

**\*\*INTERPRETER NEEDED\*\***
    AUSA: Tobin W. Lathan
    ATTY: William W. Webb, Sr.

| **MIDGETTE,** George Henry (Custody) | | 2 | 4:13-CR-40-1-D |

    AUSA: Thomas B. Murphy
    ATTY: Sonya M. Allen

**BENSON,** Darius Montreal     (Custody)    3    5:12-CR-393-1-D
    AUSA: S. Katherine Burnette
    ATTY: Joseph B. Gilbert

**LANDELLS,** Andrew Wayne     (Custody)    4    5:13-CR-40-1-D
    AUSA: Shawn R. Evans
    ATTY: Scott L. Wilkinson

**WILSON,** Gregory Lamont     (Custody)    5    5:13-CR-53-1-D
    AUSA: Ethan A. Ontjes
    ATTY: Brett T. Wentz

**BOWE,** Mark Thomas     (Bond)    6    5:13-CR-105-1-D
    AUSA: William M. Gilmore
    ATTY: Lewis A. Thompson III

**DEW,** Derrick Andre     (Custody)    7    5:13-CR-169-1-D
    AUSA: Jennifer E. Wells
    ATTY: Michael B. Driver

**HARGROVE,** Jasmine     (Custody)    8    5:13-CR-175-1-D
    AUSA: Rudy E. Renfer
    ATTY: Terry Rose

**BODDIE,** Tyree Jamez     (Custody)    9    5:13-CR-177-1-D
    AUSA: Tobin W. Lathan
    ATTY: Joseph B. Gilbert

## PLEA TO CRIMINAL INFORMATION
**HERNDON,** Treshell Mayo     10    5:13-CR-193-1-D
    AUSA: William M. Gilmore
    ATTY: Christian E. Dysart

**HALL,** Dwayne Thomas     11    5:13-CR-194-1-D
    AUSA: William M. Gilmore
    ATTY: Wade M. Smith

**HOLLIS,** Joseph Carl     12    5:13-CR-195-1-D
    AUSA: William M. Gilmore
    ATTY: Joseph B. Gilbert

**MONDAY, AUGUST 26, 2013 AT 1:00 P.M.**
**COMPETENCY HEARING**
**ELLIS,** David                           (Custody)              5:12-CR-208-1-D
    AUSA: S. Katherine Burnette
    ATTY: Katherine E. Shea/Lynne L. Reid


**TUESDAY, AUGUST 27, 2013 AT 9:00 A.M.**
**SENTENCING**
**BLUNT,** Terrance Jerome                 (Custody)              2:13-CR-1-1-D
    AUSA: Timothy M. Severo
    ATTY: Leza L. Driscoll

**LOZANO,** Rudy                           (Bond)                 2:13-CR-11-1-D
    AUSA: Banu Rangarajan
    ATTY: Myron T. Hill, Jr.

**FOGG,** Omar                             (Custody)              4:11-CR-15-1-D
    AUSA: William Glenn Perry
    ATTY: Walter A. Schmidlin, III

**SEALED DEFENDANT**                       (Custody)              4:11-CR-118-1-D
    AUSA: William Glenn Perry
    ATTY: James A. Martin

**WHALEY JR.,** William L.                 (Bond)                 4:13-CR-13-1-D
    AUSA: Banu Rangarajan
    ATTY: Trawick H. Stubbs, Jr./Kindelle M. McCullen


**TUESDAY, AUGUST 27, 2013 AT 1:00 P.M.**
**SENTENCING**
**ROBINSON,** Amy                          (Bond)                 5:10-CR-85-1-D
    AUSA: William M. Gilmore
    ATTY: David B. Freedman

**WEAVER JR.,** Jackie Gale                (Bond)                 5:11-CR-241-1-D
    AUSA: William M. Gilmore
    ATTY: Christopher J. Locascio

**MCDANIEL,** Larry Max                      (Bond)                  5:11-CR-252-1-D
    AUSA: William M. Gilmore
    ATTY: D.J. O'Brien, III/ Kearns Davis/ Michael O. Callaghan

**MABRY,** Derrick Donnell                (Custody)              5:12-CR-275-1-D
    AUSA: Nathan A. Huff
    ATTY: Terry Rose

### WEDNESDAY, AUGUST 28, 2013 AT 9:00 A.M.
### SENTENCING

**PITTMAN,** Jammie                       (Custody)              5:12-CR-315-1-D
    AUSA: Kimberly A. Moore
    ATTY: Cindy J. Bembry

**MCLAUGHLIN,** Tony Deangelo          (Custody)              5:12-CR-391-1-D
    AUSA: Kimberly A. Moore
    ATTYL Jennifer A. Dominguez

**CHRISTMAS-MCKINNIE,** Mercedes    (Custody)              5:12-CR-400-2-D
    AUSA: Rudy E. Renfer
    ATTY: Mary J. Darrow

**ARMWOOD,** Patrick                      (Custody)              5:13-CR-41-1-D
    AUSA: Evan Rikhye
    ATTY: Mark E. Edwards

**HERSH,** David L.                         (Bond)                  5:13-CR-48-1-D
    AUSA: Evan Rikhye
    ATTY: Christopher Bruno/ Hart Miles/ James D. Sallah

### WEDNESDAY, AUGUST 28, 2013 AT 1:00 P.M.
### SENTENCING

**COX JR.,** Donnie Ray                   (Custody)              5:13-CR-70-1-D
    AUSA: Brian S. Meyers
    ATTY: Seth A. Neyhart

**HARRIS,** Carlos Lamar                  (Custody)              5:13-CR-70-2-D
    AUSA: Brian S. Meyers
    ATTY: Stephen E. Webb, II

**FONSECA JR.,** Fausto (Custody) 7:11-CR-24-1-D
    AUSA: Denise Walker
    ATTY: Sherri R. Alspaugh

**SARVIS,** Willis (Custody) 7:11-CR-83-1-D
    AUSA: Charity L. Wilson
    ATTY: Robert E. Nunley

**ROBINSON,** Jerome (Custody) 7:13-CR-41-1-D
    AUSA: Timothy M. Severo
    ATTY: Geoffrey W. Hosford

END OF CALENDAR